IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JONATHAN DILLARD                                                                    PLAINTIFF

v.                                    No. 4:25-cv-1251-DPM

A. RIVERA, Judge; NEAL THOMAS,
Montgomery County Sheriff; and DOES,
Prosecutor for State of Arkansas,
Montgomery County Judge                                                           DEFENDANTS

ORDER

Dillard submitted this 42 U.S.C. § 1983 case for filing in this district. From the facts alleged and the defendants named, venue properly lies in the Western District of Arkansas. 28 U.S.C. § 1391(b). The Court finds that the interests of justice would be best served by transferring this case. 28 U.S.C. § 1406(a). The Court directs the Clerk to transfer the entire case file to the United States District Court for the Western District of Arkansas. The transfer is immediate because the receiving Court is also in the Eighth Circuit. *Compare In re Nine Mile Limited*, 673 F.2d 242, 243 (8th Cir. 1982).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

17 December 2025