IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JOHNATHAN DILLARD                                              PLAINTIFF

v.                              Case No. 6:25-cv-6134

JUDGE A. RIVERA, *et al*.                                     DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 8. Judge Ford recommends that Plaintiff's Complaint (ECF No. 1) be dismissed without prejudice for failure to prosecute this matter and for failure to comply with the Court's Orders. Plaintiff has not objected to the R&R, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1).

Upon review, finding no clear error on the face of the record and that Judge Ford's reasoning is sound, the Court adopts the R&R (ECF No. 8) in toto. Accordingly, Plaintiff's Complaint (ECF No. 1) is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 29th day of June, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
Senior United States District Judge